IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WENDLER & EZRA, P.C.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **04-641-WDS** |
| | ) |
| **AIG, INC., AMERICAN** | ) |
| **INTERNATIONAL GROUP DATA** | ) |
| **CENTER, INC., and AMERICAN** | ) |
| **INTERNATIONAL GROUP, INC.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Amended Motion to Compel. **(Doc. 40)**. Plaintiff seeks an order denying defendants objections to some of its interrogatories and requests for production. Plaintiff also seeks an order compelling defendants to answer its discovery requests separately, and to separately attest to the correctness of the responses.

Fed.R.Civ.P. 37(a)(2)(B) requires that a motion such as this include a "certification that the movant has in good faith conferred or attempted to confer ... in an effort to secure the information or material without court action." Paragraph 1 of the motion states that "Plaintiff's counsel hereby certifies that good faith efforts to resolve the aforesaid disputes were undertaken by personal consultation with defendants' counsel, Steve Maassen, but no accord was reached." The motion was signed by attorney Charles W. Armbruster, III.

In response, defendants deny that plaintiff tried to resolve the issues raised in its motion to compel. Doc. 46, first paragraph. Defendants' response is signed by Eric S. Mattson.

The Court takes seriously the requirement to make a good faith effort to resolve discovery disputes before filing a motion to compel. The Court fully expects attorneys to take the requirement seriously also.

The fact that there is a dispute as to whether an attempt to resolve occurred is deeply troubling to the Court.

**Counsel are directed to file memoranda setting forth in writing the factual basis for their respective statements about the occurrence of an attempt to resolve, on or before February 28, 2006.**

**IT IS SO ORDERED.**

DATE:  February 23, 2006.

s/ Clifford J. Proud
CLIFFORD J. PROUD
UNITED STATES DISTRICT JUDGE