## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Wendler & Ezra, P.C., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 04-CV-641-WDS |
| | ) | |
| AIG, Inc., American International | ) | |
| Group Data Center, Inc., and | ) | |
| America International Group, Inc. | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order filed on September 28, 2009, summary judgment is entered in favor of defendant's **AIG, Inc., American International Group Data Center, and American International Group, Inc., and Unknown Defendants** and against plaintiff, Wendler & Ezra, P.C. on all claims.

Each party shall bear its own costs.

**DATED** this 28th day of September, 2009.

JUSTINE FLANAGAN, ACTING CLERK

BY:_____*s/Debbie DeRouuse*_____
                    **Deputy Clerk**

**APPROVED:**

____*s/WILLIAM D. STIEHL*_____
     **U. S. District Judge**